

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                     312-435-5670
**Clerk**

Date: 03/25/2024

Re: Forcel Media Limited v The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Schedule A To The Complaint
USDC Case Number: 24cv2360

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

                                            Sincerely yours,

                                            Thomas G. Bruton, Clerk

                                            By: /s/ A. Ellis
        Deputy Clerk

Rev. 11/18/2016