IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FORCEL MEDIA LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>        Defendants. | Case No. 24-cv-2360<br><br>**Presiding: Hon. Lindsay C. Jenkins** |

## PRELIMINARY INJUNCTION ORDER

This cause coming before the Court on Plaintiff Forcel Media Limited ("Forcel Media" or "Plaintiff") Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"), and the Court having reviewed the Motion and the accompanying record and evidence presented at a hearing, GRANTS PLAINTIFF's Motion as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 25, 2024, [Dkt. # 19] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

This Court also finds that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Forcel Media Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Forcel Media Trademarks. *See* Docket Nos. 13 - 14, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Forcel Media Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the Forcel Media Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Forcel Media Trademarks, and (3) Defendants' use of the Forcel Media Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Forcel Media Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Forcel Media Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Forcel Media product or not authorized by Forcel Media to be sold in connection with the Forcel Media Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Forcel Media product or any other product produced by Forcel Media, that is not

Case: 1:24-cv-02360 Document #: 42 Filed: 04/22/24 Page 4 of 16 PageID #:945

       Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Forcel Media Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Forcel Media Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of

4

Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Forcel Media Trademarks.

6. Any Third-Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 4 -1 and 4 -2 to the Declaration of LAI KA FAT, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibits 4-1 and 4-2 to the Declaration of LAI KA FAT and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "A192X5VE5BYPLF and all other Defendants identified in the Complaint" that shall

apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. 10. Forcel Media's Pleadings (1) Schedule A attached to the Complaint, which includes a list of the Defendant Online Marketplace Accounts, Docket No. 6; (2) Plaintiff's trademark certificates identified as Exhibit 1, Docket No. 7; (3) LAI declaration, Docket No. 12, and exhibits, in support of the Plaintiff's memorandum in support of the Plaintiffs' motion for a temporary restraining order, which include screenshot printouts showing the infringing products as well as information regarding Plaintiff and Plaintiff's pertinent product, Exhibits 4-1 and 4-2, Docket Nos. 13-14, and the TRO [Dkt. # 19] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

ENTERED:

_____
Hon. Lindsay C. Jenkins
United States District Judge

Dated: 4/22/2024
Enter: 24-cv-2360

**Schedule A**

| Doe # | Defendant | Merchant Link | Payment Type |
|---|---|---|---|
| 1 | A192X5VE5BYPLF | https://www.amazon.com/USLEAN-Ricpind-Tourmaline-Posturecorrector-Expectsky/dp/B0CF23PRXS?th=1 | Amazon |
| 2 | A1AZ8S6M2B21OR | https://www.amazon.com/Ricpind-LymphCare-Wireless-Camisole-Bralettes/dp/B0CFVL2XT8 | Amazon |
| 3 | A1BOC2FSWQOOO4 | https://www.amazon.com/FAIRZ-Therapeutic-Lympunclog-Wristband-Bracelets/dp/B0CH9GG92D/ref=sr_1_290?keywords=oveallgo&qid=1694075600&sr=8-290&th=1 | Amazon |
| 4 | A1FEUSSLM3QPEP | https://www.amazon.com/RJDJ-Cremevital-Circulheal-Rejuvenates-Circulation/dp/B0C9M3MYCT/ref=sr_1_12?keywords=Fivfivgo&qid=1689676464&s=beauty&sr=1-12 | Amazon |
| 5 | A1H5J296SVNI17 | https://www.amazon.com/UBALDI-Sugarfirm-VitalityBoost-Therapeutic-Lympunclog/dp/B0CH2WP6KZ/ref=sr_1_283?keywords=oveallgo&qid=1694075600&sr=8-283&th=1 | Amazon |
| 6 | A1J2CSRDJP3QEG | https://www.amazon.com/KilTi-Oveallgo-Behandlungs-Varicose-Treatment/dp/B0CFGWXGD2/ref=sr_1_308_sspa?keywords=oveallgo&qid=1694076129&sr=8-308-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 | Amazon |
| 7 | A1KVAMXLW208EU | https://www.amazon.com/HUIQINGLI-Sugarfirm-Therapeutic-Lympunclog-Adjustable/dp/B0CGRHH29F/ref=sr_1_22?keywords=oveallgo&qid=1694072299&sr=8-22&th=1 | Amazon |
| 8 | A1Q1C43URQUF64 | https://www.amazon.com/Oveallgo-Shougagro-Japanese-Regrowth-Essence/dp/B0CGZKVT7C/ref=sr_1_8?keywords=oveallgo&qid=1694072299&sr=8-8 | Amazon |
| 9 | A1THTKYVVTB4GV | https://www.amazon.com/FEDVET-Oveallgo-BeautyWomen-Collagen-Timeturner/dp/B0C5T81ZNP/ref=sr_1_131?keywords=oveallgo&qid=1694074155&sr=8-131 | Amazon |
| 10 | A1VCYXN11ZLIOY | https://www.amazon.com/Oveallgo-Gingerx-Shampoo-Regrowth-Promotes/dp/B0CH3N5KCN/ref=sr_1_318?keywords=oveallgo&qid=1694076129&sr=8-318&th=1 | Amazon |
| 11 | A1Z2PWGGUSBU4Y | https://www.amazon.com/Oveallgo-Therapeutic-Lympunclog-Wristband-Sugarfirm/dp/B0CH7V1R6Q/ref=sr_1_1_sspa?keywords=o | Amazon |

8

| | | veallgo&qid=1694071816&sr=8-1-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&psc=1 | |
|---|---|---|---|
| 12 | A21B4MLFY05WSJ | https://www.amazon.com/EEEONE-Therapeutic-Lympunclog-Wristband-Adjustable/dp/B0BYFB6YZG/ref=sr_1_94?keywords=oveallgo&qid=1694073854&sr=8-94 | Amazon |
| 13 | A22SUBKNJRWE0D | https://www.amazon.com/Oveallgo-Sugarfirm-Wristband-Therapeutic-Lympunclog/dp/B0CH3FDWT3/ref=sr_1_138?keywords=oveallgo&qid=1694074155&sr=8-138 | Amazon |
| 14 | A2DA5APYZUVZFT | https://www.amazon.com/Oveallgo-Cleansing-Relieve-Pressure-Improve/dp/B0C6DR169R/ref=sr_1_134?keywords=oveallgo&qid=1694074155&sr=8-134 | Amazon |
| 15 | A2F8XOKN0UNW5N | https://www.amazon.com/AEXZR-Titanium-Therapy-Bracelet-Regulation/dp/B0C49VLP34/ref=sr_1_162_sspa?keywords=oveallgo&qid=1694074654&sr=8-162-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 | Amazon |
| 16 | A2I9PIQW15HSXW | https://www.amazon.com/Therapeutic-Lympunclog-Wristband-Therapeutisches-Lympunclog-Titanarmband/dp/B0BXWNF5NY/ref=sr_1_12_sspa?keywords=oveallgo&qid=1694072299&sr=8-12-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 | Amazon |
| 17 | A2PI2JX5FBX0XV | https://www.amazon.com/Biancat-Prestigestrand-Regrowth-Prestige-Exfoliator/dp/B0C7H3CZP1/ref=sr_1_4?crid=116XEN5Y0U4B1&keywords=Biancat&qid=1688123023&sprefix=%2Caps%2C775&sr=8-4 | Amazon |
| 18 | A2U18VPNZQ8BY6 | https://www.amazon.com/Oveallgo-Ashwagandha-Ultimate-Densifique-Hairgrowth/dp/B0CGR1CYN4/ref=sr_1_53?keywords=oveallgo&qid=1694072299&sr=8-53 | Amazon |
| 19 | A2UNWMAL6P2H0I | https://www.amazon.com/LuhakaTM-Tinnidrop-Tinnitus-Ears-Spray-Products/dp/B0CBMX2362/ref=sr_1_1_sspa?crid=30EPQ0JUXTHG1&keywords=LUHAKA%E2%84%A2&qid=1692362321&s=hpc&sprefix=luhaka%2Bacupeace%2Btinnitus%2Brelief%2Bdevice%2Chpc%2C841&sr=1-1-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&th=1 | Amazon |
| 20 | A2VV2CGJF3VX0T | https://www.amazon.com/KEYULI-Therapeutic-Lympunclog-Wristband-Adjustable/dp/B0CGX73PJ3/ref=sr_1_21_sspa?keywords=oveallgo&qid=1694072299&sr=8-21-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 | Amazon |
| 21 | A329G1CC3OTGR | https://www.amazon.com/Therapeutic-Lympunclog-Wristband-Sugarfirm-Stainless/dp/B0CH3S87QV/ref=sr_1_58?keywords=oveallgo&qid=1694072299&sr=8-58 | Amazon |

| | | | |
|---|---|---|---|
| 22 | A335OWK62IFTIB | https://www.amazon.com/Oveallgo-Shougagro-Japanese-Growth-Shougagrow/dp/B0CGRQB4FZ/ref=sr_1_6?keywords=oveallgo&qid=1694072299&sr=8-6 | Amazon |
| 23 | A3AWLS5VQNOI87 | https://www.amazon.com/Luhaka-Tinnidrop-Tinnitus-Discomfort-Cleaning/dp/B0CBMR944S/ref=sr_1_26?crid=30EPQ0JUXTHG1&keywords=LUHAKA%E2%84%A2&qid=1692362321&s=hpc&sprefix=luhaka+acupeace+tinnitus+relief+device%2Chpc%2C841&sr=1-26 | Amazon |
| 24 | A3B0152996KTB0 | https://www.amazon.com/ANAYPH-Prestigestrand-Regrowth-Exfoliator-Thinning/dp/B0C7H1QJTB/ref=sr_1_2?crid=116XEN5Y0U4B1&keywords=Biancat&qid=1688123023&sprefix=%2Caps%2C775&sr=8-2 | Amazon |
| 25 | A3BN156M7XRHCQ | https://www.amazon.com/Ceoerty-Nourishing-Renesha-Nywele-Regrowth/dp/B0C81NMZW6 | Amazon |
| 26 | A3FNI36LCTLCUT | https://www.amazon.com/Ceoerty-Nourishing-Regrowth-Exfoliator-dandruff/dp/B0C7QV3FJT | Amazon |
| 27 | A3JJ61KC6VD6PJ | https://www.amazon.com/Oveallgo-Titanium-Bracelet-Wristband-Stainless/dp/B0CH4VCJN7/ref=sr_1_298?keywords=oveallgo&qid=1694075600&sr=8-298&th=1 | Amazon |
| 28 | A3KYE14L5S8D6D | https://www.amazon.com/THEGA-VitalityBoost-Wristband-Therapeutic-Lympunclog/dp/B0BXX8G18J/ref=sr_1_159?keywords=oveallgo&qid=1694074654&sr=8-159&th=1 | Amazon |
| 29 | A3NY55I2INVIGQ | https://www.amazon.com/Oveallgo-BreatheWell-Natural-Respiratory-Support/dp/B0CDRV54GF/ref=sr_1_29_sspa?keywords=oveallgo&qid=1694072299&sr=8-29-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 | Amazon |
| 30 | A3Q31N7Q2N6VS6 | https://www.amazon.com/SuperTitani-Germanium-Lymphvity-VitalityBoost-Adjustable/dp/B0CGTZJF8R/ref=sr_1_243?keywords=oveallgo&qid=1694075132&sr=8-243 | Amazon |
| 31 | A3S11D68V5S3U9 | https://www.amazon.com/BOSSIK-Zakdavi-Kenyan-Purple-Leaves/dp/B0C53PZHJL | Amazon |
| 32 | A3TMTSGA0EFNTU | https://www.amazon.com/Oveallgo-Titanium-Wristband-Therapeutic-Lympunclog/dp/B0CH38YJJ7/ref=sr_1_199?keywords=oveallgo&qid=1694074686&sr=8-199 | Amazon |
| 33 | A3UDKIBYVK0OWS | https://www.amazon.com/Melanosis-Advanced-Brightening-FivfivgoTM-Acanthopanax/dp/B0C4HHS164/ref=sr_1_13?keywords=Fivfivgo&qid=1689676464&s=beauty&sr=1-13 | Amazon |
| 34 | A47VWFXWMGX17 | https://www.amazon.com/ATTDX-Rubber-Instant-Treatment-Gel/dp/B0CFVG9M54/ref=sr_1_230?keywords=oveallgo&qid=1694075132&sr=8-230 | Amazon |

| 35 | AAILGMDUEP0GE | https://www.amazon.com/Oveallgo-Titanium-Wristband-Therapeutic-Lympunclog/dp/B0CGXM6YS9/ref=sr_1_10?keywords=oveallgo&qid=1694072299&sr=8-10 | Amazon |
|---|---|---|---|
| 36 | AFA80AN630R7C | https://www.amazon.com/Therapeutic-Lympunclog-Wristband-Sugarfirm-Adjustable/dp/B0CGZXMN62/ref=sr_1_150?keywords=oveallgo&qid=1694074155&sr=8-150 | Amazon |
| 37 | AI1RGY52I0MDX | https://www.amazon.com/Oveallgo-Therapeutic-Lympunclog-Wristband-Mixed-5pcs/dp/B0CH654133/ref=sr_1_48?keywords=oveallgo&qid=1694072299&sr=8-48 | Amazon |
| 38 | AI2B38AH08QRI | https://www.amazon.com/NNGXFC-Tinnidrop-Tinnitus-Ears-Spray-Cleaning/dp/B0CBLMW8M7/ref=sr_1_3_sspa?crid=30EPQ0JUXTHG1&keywords=LUHAKA%E2%84%A2&qid=1694362321&s=hpc&sprefix=luhaka%2Bacupeace%2Btinnitus%2Brelief%2Bdevice%2Chpc%2C841&sr=1-3-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&th=1 | Amazon |
| 39 | AJUPL0DE2MFCB | https://www.amazon.com/Oveallgo-Shougagro-Japanese-Hyungang-Regrowth/dp/B0CGLTYK19/ref=sr_1_86?keywords=oveallgo&qid=1694073854&sr=8-86 | Amazon |
| 40 | ALCX39R1WM19I | https://www.amazon.com/Oveallgo-Detoxisense-Revitalizer-Cleaning-Lbetter/dp/B0CB684CLC/ref=sr_1_276?keywords=oveallgo&qid=1694075600&sr=8-276&th=1 | Amazon |
| 41 | AMB4NVK4XZYTW | https://www.amazon.com/Oveallgo-Wormwood-CelluliteBeGone-SlimmingCream-Moisturizing/dp/B0C2BJR4R8/ref=sr_1_3?keywords=oveallgo&qid=1694071816&sr=8-3 | Amazon |
| 42 | AOHWKD6UXE1L1 | https://www.amazon.com/YaiouTiy-Oveallgo-Herbal-Shaping-Cleansing/dp/B0C5M9TL6V/ref=sr_1_140?keywords=oveallgo&qid=1694074155&sr=8-140 | Amazon |
| 43 | AOMDZPZAO0P2W | https://www.amazon.com/Oveallgo-Therapeutic-Lympunclog-Wristband-Sugarfirm/dp/B0CH2WWCXN/ref=sr_1_182?keywords=oveallgo&qid=1694074686&sr=8-182 | Amazon |
| 44 | AT6MVXBWU27AY | https://www.amazon.com/Oveallgo-SugarFixed-Liquefaction-Wristband-Lymphatic/dp/B0C59183T8/ref=sr_1_7?keywords=oveallgo&qid=1694072299&sr=8-7&th=1 | Amazon |
| 45 | dismissed | dismissed | PayPal |
| 46 | AV2EEFPQURMVY | https://www.amazon.com/Ceoerty-Nourishing-Growth-Sporty-Essence/dp/B0C89QM52L | Amazon |
| 47 | AXHZMVDCIFG2A | https://www.amazon.com/JINUZ-ShougaGRO-Japanese-Growth-Spray/dp/B0CGWY2KH2/ref=sr_1_23?keywords=oveallgo&qid=1694072299&sr=8-23 | Amazon |

| 48 | AYEMH4ZKP96OU | https://www.amazon.com/Oveallgo-Shougagro-Japanese-Hyungang-Regrowth/dp/B0CGLSN15T/ref=sr_1_2?keywords=oveallgo&qid=1694071816&sr=8-2 | Amazon |
|---|---|---|---|
| 49 | dismissed | dismissed | PayPal |
| 50 | dismissed | dismissed | PayPal |
| 51 | dismissed | dismissed | PayPal |
| 52 | bodywholesome.com | https://bodywholesome.com/products/ceoerty%E2%84%A2-root-renew-nourishing-hair-scrub | PayPal |
| 53 | brawde.com | https://www.brawde.com/products/ceoerty%E2%84%A2-cream?fbclid=IwAR2yh23WzMlLMpbe2eZGUnCmbaggleo3PiruVLm6F7jlLnogvkVOKMA4M7U | PayPal |
|  |  | https://www.brawde.com/products/eyeproblems-solutiondrops | PayPal |
| 54 | carethier.com | https://carethier.com/products/ceoerty%E2%84%A2-age-defy-body-cream-scrub | PayPal |
|  |  | https://carethier.com/products/biancat%E2%84%A2-keralux-hair-straightening-cream?variant=46398862754097&currency=USD | PayPal |
| 55 | ceelic.com | https://ceelic.com/products/fivfivgo-rebright-eye-drops-9109/ | PayPal |
| 56 | cheapestOnes | https://www.ebay.com/itm/404352196275?hash=item5e2544deb3:g:SQQAAOSwEkRkmhza&amdata=enc%3AAAQAIAAABAC3Ml0I8IU2fZuht%2BhL4e%2FgI3NV3lQKb0cvZ0OyFteWOvfkRwxHK3b5LE72Edv9e8kc3vsU0r2ND7f5DSAd08IjC6nBjF4cIsOsj2aDHxRvpaGcoOOrtUc1V05yR9Ws%2B3eHZpfhIDpBwcK3OsG6%2BDF1uLW5HbXuV23EmQZ4BjtIHFfmJP23Sv%2FXvb6pxOoYXqxoeeO4IrGX3xIcUz3JhlJkITR5VYCJ3UDLqsJ7vtc5EhcFtPxWQ6VQBFBwtGHV2z%2BqFFxO19MAZj%2FepG47vqsJ7epHIcZ73lHZ2UoRsjZQbIQbHuAgnbKn8hj5%2FNvtYNUX5zZdVo50Qb%2BA%2BUK%2FWUaA%3D%7Ctkp%3ABk9SR7bcuorBYg | Ebay |
| 57 | dismissed | dismissed | PayPal |
| 58 | dismissed | dismissed | PayPal |
| 59 | concentratiy.com | https://www.concentratiy.com/products/root-nourishing-hair-scrub | PayPal |
| 60 | dismissed | dismissed | PayPal |
|  |  | dismissed | PayPal |
| 61 | deep-cleansing.com | https://www.deep-cleansing.com/products/oveallgo-detox-herbal-lung-cleansing-spray | PayPal |
| 62 | dismissed | dismissed | PayPal |
| 63 | EasyBuy0 | https://www.ebay.com/itm/134474758214?hash=item1f4f51f846:g:oS4AAOSwj0lkzpRK&amdata=enc%3AAAQAIAAAA4E4JNttZgTEIXb9UQZnMg7ybBBLC7fXfcUEgYZjxOApoIsoHIFJWyl3lHLWxNGFY2%2FQASRZtTRXcnnY%2BSIk04rY%2Bx77PyUPeAd3XVXbKxy8AJHgriEyfu7KhV%2B5pBv2l2vTbPwd0Qgpa03BO%2ByohsI3am%2BwjxLqnWBD533ICkgwZVicD61mf9gK4XToYVbCeG9m9LGjMF0cE9Jx7%2FMePlqV2me%2FHTzswyTSZ5yCsr39YMpq6cY2YJLakN2FFYBQfJd3KftlJiLdEfZTYwPzBPtFTylCNDCD1awo%2BG%2F%2F82Dsd%7Ctkp%3ABk9SR7LcuorBYg | Ebay |

| | | | |
|---|---|---|---|
| 64 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 65 | eminents.shop | https://eminents.shop/products/biancat%E2%84%A2-new-zealand-bee-venom-professional-care-gel-1 | PayPal |
| 66 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 67 | dismissed | dismissed | PayPal |
| 68 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 69 | goombara.com | https://www.goombara.com/product/biancat-prestigestrand-hair-regrowth-scrub/ | PayPal |
| 70 | gopash.com | https://www.gopash.com/oveallgo-untamed-seduction-eau-de-toilette-for-men-with-pheromones/ | PayPal |
| | | https://www.gopash.com/ceoerty-roll-on-hair-regrow-treatment/ | PayPal |
| | | https://www.gopash.com/luhaka-teeth-whitening-mouth-spray/ | PayPal |
| 71 | ███████ | ███████ | ███████ |
| 72 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 73 | healthw.shop | https://healthw.shop/products/ceoerty%E2%84%A2-root-renew-nourishing-hair-scrub | PayPal |
| 74 | dismissed | dismissed | PayPal |
| 75 | dismissed | dismissed | PayPal |
| 76 | howelo.com | https://www.howelo.com/product/ceoerty-bellytrim-herbal-detox-pellets/ | PayPal |
| 77 | dismissed | dismissed | PayPal |
| 78 | Shenzhen Yiyi Technology Co., LTD[2] | https://www.walmart.com/ip/Fivfivgo-Neck-Tightening-Roller/3635547095 | Walmart |
| 79 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| | | dismissed | PayPal |
| 80 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 81 | dismissed | dismissed | PayPal |
| 82 | Leligine | https://www.ebay.com/itm/234956597562?hash=item36b481293a:g:aRoAAOSwoGli4fQK&amdata=enc%3AAAQAIAAAA4CDsmK0E8i53Yf%2BDYHmpmfkgR5%2BNSpMfXmPGHrYuZZxzLmLzEWkXvTCyGGOLGN6p7zRKd2wNkbyApVYbmw%2FerkEwVsif0K%2FzNB93B94eT%2FHEhSlIGIrRGbEHeAiZ7rZPk4xbjl4%2FiSaowGT%2FwO%2BZ3XTiOHdLSgaBAK2%2F6cdTqNz0FhkkIwY2mCzJZLciz%2BsVaaiDWgrz9ZcIrs%2BKGmvlIJRssJoE%2FzfWlQ98ruHfnTsjRnMdRtB1%2BFnifWZKqZp9vwUa1J6a%2BpyCF%2Boz%2B0BflF0TqK2UKAUfm23lEal7Xma2%7Ctkp%3ABFBMqKW9uoRi | Ebay |

---

[2] Plaintiff is replacing Joybuy Marketplace with the individual seller selling the infringing product. A motion to substitute is forthcoming.

| | | | |
|---|---|---|---|
| 83 | letap_j6Ohsr | https://www.ebay.com/itm/314645852626 | Ebay |
| 84 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 85 | dismissed | dismissed | PayPal |
| 86 | lontimns | https://www.ebay.com/itm/234953929650?hash=item36b45873b2:g:ITYAAOSwUu9kJ4SY&amdata=enc%3AAAQAIAAAA A4PkrQ7LnHHWyjsva5jzwW0oZi2TKmodvu7rstLt88TIIJSL 02t2q1W9SYacpOAezf1QBtE9oXsvRAMqgtR3bonHAt6f% 2BB1qcSvN9TC9pBRADhxmpOOGuHBT9apLrXOiphoaK3 xZnnGm19YhQeWTNPX37nvxCZ1eHGveVAnYhZU2Qzfcs ExB%2BQ9jWp3ZlIA%2BJhGfyNK3%2BXMntla5FDL7FX WEmwenBwZxQGRkDQdgj4IMJozL9TgTb%2BoG%2FBZf wsI%2BDuNhB5kC9swHc%2BdRCXNIJq0swuVbs9mNXAl ciIWmVO%2Bx0%7Ctkp%3ABFBMpqW9uoRi | Ebay |
| 87 | dismissed | dismissed | PayPal |
| 88 | lvllan1989 | https://www.ebay.com/itm/334926602950?hash=item4dfb2 e62c6:g:LqAAAOSwDI1kftnA&amdata=enc%3AAQAIAAAA wNQbLIMCjCTIjZ%2Fto7njhDvYGUEs7N2%2B8OtHJoIZfw 0oslwNg7g%2FvCmlKi09RMoWsO6DHRLB5GPZ0Quom5 hvqHAzIwjM4sULpESZlbDXKKQlnhAFEQsYjvotZldCayrJy kSp5w5qCeDqDuE4s9EHR0ELHrjfoQaGg6vXZCh3eMYcE %2BLIAKapg54KMoFDRacimVZo8Fud8Js79IJ3ZJmp8ZqU lFbBgCK2QxsD84cMfYMzvO8HCakWnW12jFqngUuMpA% 3D%3D%7Ctkp%3ABk9SR5KrhIakYg | Ebay |
| 89 | lynkproot.com | https://www.lynkproot.com/products/fivfivgo-blemish-treatment-serum-for-dark-spots-and-acanthosis-nigricans-and-skin-tag?variation=114 | PayPal |
| 90 | melsda-gr.shop | https://melsda-gr.shop/products/flaking-oil | PayPal |
| 91 | missjojoe.com | https://www.missjojoe.com/products/oveallgo-ashwagandha-hair-growth-spray | PayPal |
| | | https://www.missjojoe.com/products/liascy%E2%84%A2-lymphpurify-tourma-oxy-bra | PayPal |
| 92 | moonqo.com | https://www.moonqo.com/fivfivgo-scar-diminishing-cream/ | PayPal |
| | | https://www.moonqo.com/ceoerty-prolift-ems-bust-massager-bra/ | PayPal |
| | | https://www.moonqo.com/biancat-thermopurp-kenyan-leaf-fat-burning-cream/ | PayPal |
| | | https://www.moonqo.com/attdx-antibacterial-reduce-itchiness-cream/ | PayPal |
| | | https://www.moonqo.com/dobshow-body-acne-treatment-roller/ | PayPal |
| 93 | moonqo.com | https://www.moonqo.com/aexzr-scalp-hair-revive/ | PayPal |
| 94 | dismissed | dismissed | PayPal |
| 95 | dismissed | dismissed | PayPal |
| | | dismissed | PayPal |
| 96 | nutriwiner.com | https://nutriwiner.com/products/ceoerty%E2%84%A2-roll-on-hair-regrow-treatment | PayPal |
| 97 | dismissed | dismissed | PayPal |

| | | | |
|---|---|---|---|
| 98 | plumbago.shop | https://plumbago.shop/products/ceoerty%E2%84%A2-gum-shield-therapy-gel?variant=46609896440092&fbclid=IwAR2Anr06iaApUIsRAv4xE3LkiIRF9gSMZ1ydwGmVUTwWaSiU7_f37cvGXHE | PayPal |
| 99 | qeverest.shop | https://qeverest.shop/products/ceoerty%E2%84%A2-erosmagnet-pheromone-men-perfume?fbclid=IwAR0qkgVUltkbkqG9qfDsZjflcCKUaxdzSYjtyuP15qZ-5ipX6i_tBJekeb4 | PayPal |
| | | https://qeverest.shop/products/biancat%E2%84%A2-jointcare-pain-relief-spray | PayPal |
| 100 | dismissed | dismissed | PayPal |
| 101 | royalwaxseals.com | https://www.royalwaxseals.com/products/ricpind-microcurrent-vface-firming-device | PayPal |
| 102 | safezest.com | https://safezest.com/products/5x-fivfivgo%E2%84%A2-collagen-boost-firming-lifting-care-oils | PayPal |
| 103 | dismissed | dismissed | PayPal |
| 104 | dismissed | dismissed | PayPal |
| 105 | spiceen.shop | https://spiceen.shop/products/biancat%E2%84%A2-new-zealand-bee-venom-professional-care-gel-1 | PayPal |
| 106 | dismissed | dismissed | PayPal |
| 107 | taprer.com | https://taprer.com/products/oveallgo-wartsoff-plus-cream | PayPal |
| 108 | dismissed | dismissed | PayPal |
| 109 | tonal-diamond.com | https://www.tonal-diamond.com/products/korea-collagen-film | PayPal |
| 110 | dismissed | dismissed | PayPal |
| 111 | trifa94 | https://www.ebay.com/itm/334903452408?hash=item4df9cd22f8:g:nAQAAOSw-ihkgTSD&amdata=enc%3AAQAIAAAAwBYDWwuTXBQMnk6h%2FAZi%2BxHUgjkJPIAXbBO6ZjGG5IVMAddy5URXvoZj5RH7nRFIeRhib%2Fx1D1ojMIh9DYHNM3bLc8qchkehcuAi19wJpw3C44XwitKwkXfyYZXcNRivsvtAj%2BL6ej4gizNuGgFhxE60A5UQXYglq2CGuYoxaSqoM%2Bazh0O6B7WBIIM6IuliIZcRRdI%2BT4EqfekEJq%2F4G4JN%2BFVZ81TXSJhWH5zfVrrtQCClGlDkOOfBkPMrps4DPQ%3D%3D%7Ctkp%3ABk9SR5KrhIakYg | Ebay |
| 112 | dismissed | dismissed | PayPal |
| 113 | wangzry | https://www.ebay.com/itm/134576730516 | Ebay |
| 114 | wasxce.com | https://www.wasxce.com/products/perfume | PayPal |
| 115 | wmbra.net | https://wmbra.net/products/ricpind-lymphepflege-turmalinfaser-bra | PayPal |
| 116 | woomlo.com | https://www.woomlo.com/product/ricpind-instant-painrelief-ultimatecupping-tool/ | PayPal |
| | | https://www.woomlo.com/product/fivfivgo-advanced-skin-tag-clearing-essence/ | PayPal |
| 117 | wowelo.com | https://www.wowelo.com/product/biancat-cherrynip-intimate-skin-lightening-cream/ | PayPal |
| | | https://www.wowelo.com/product/ceoerty-root-renew-nourishing-hair-scrub/ | PayPal |
| | | https://www.wowelo.com/product/dobshow-ophthlamed-vision-enhance-roller/ | PayPal |

15

| 118 | dismissed | dismissed | PayPal |
|---|---|---|---|
| 119 | xigxigerb.com | https://xigxigerb.com/products/beauty-device | PayPal |
| 120 | dismissed | dismissed | PayPal |
| 121 | yolanshop | https://www.ebay.com/itm/385978072273?hash=item59de15fcd1:g:ndoAAOSwsdtk3QYU&amdata=enc%3AAAQAIAAABAOMjxvoklelr47kPvvUFK4Wzks3RY99uQJENMhzDhDqOjYhuWcBsimDihhEw3nZOwVUsPn95OZ2GKRgqUONZDCzByad5KhPNN9C5mHbRiK6n5UdeStG4or5THR4yFfrBe%2FitKDLMxieIw%2B3gRCfmyYgPfYcr3bLObeUQ0y%2BOxLMGACO%2BICcFjZaOcNjBI%2ByxshiWBC52DUs0ymfP0WRiI11QgdOiV7duZnR8qQFCLwyaHnO61v4yyDgTmWXBSu%2Bs%2BSScD6J3Vk%2FI%2FrkPNOjw7XAANrO9aTFHk%2F6yixOAmuyZwbRRPzBzGNv2vdK8nPOyRtbJMJmW%2BUJR%2FowaxaiQ7Sy4%3D%7Ctkp%3ABk9SR7LcuorBYg | Ebay |
| 122 | yosperfect.com | https://www.yosperfect.com/products/ceoerty?fbclid=IwAR1ItG3zJgyELEYqcHlmHF3WOXbMvK4BsR3o966Wasui7W8KFpYmH220ZXk | PayPal |
| 123 | zittor.com | https://zittor.com/products/oveallgo-gingerx-hair-growth-shampoo-bar | PayPal |

16