UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FORCEL MEDIA LIMITED,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 24-cv-2360 |
| v. ) | |
| ) | |
| **THE INDIVIDUALS,** ) | |
| **CORPORATIONS, LIMITED** ) | Judge: Hon. Lindsay C. Jenkins |
| **LIABILITY COMPANIES,** ) | |
| **PARTNERSHIPS, AND** ) | |
| **UNINCORPORATED ASSOCIATIONS** ) | |
| **IDENTIFIED ON SCHEDULE A TO** ) | |
| **THE COMPLAINT,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants:

| Dedendant Seller Alias | DOE No. |
|---|---|
| Legligine | 82 |
| lontimns | 86 |
| wangzry | 113 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: May 6, 2024  Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*